United States District Court
Southern District of Texas
**ENTERED**
June 29, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LAKEISA BROWN,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-00353 |
| | § | |
| **EMBREY MANAGEMENT SERVICES,** | § | |
| | § | |
| *Defendant*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff Lakeisa Brown ("Plaintiff") and counsel for Defendant Embrey Management Services ("Defendant"), advise the Court that they have reached a settlement.

**IT IS ORDERED** that all claims and causes of action that were or could have been asserted against Defendant by Plaintiff are hereby, dismissed with prejudice, and that each party to this action is to bear the costs of court and attorneys' fees incurred by such party.

IT IS SO ORDERED this 29th day of June, 2021.

Lee H. Rosenthal
Chief United States District Judge

1